**Exhibits**

# Exhibit 1



**Elaine F. Marshall**
Secretary

## North Carolina
# DEPARTMENT OF THE SECRETARY OF STATE
PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

**CORPORATIONS**
- Corporations Home
- Search By Corporate Name
- Search For New Corporation
- Search By Registered Agent
- Important Notice
- Corporations FAQ
- Tobacco Manufacturers
- Dissolution Reports
- Non-Profit Reports
- Verify Certification
- Online Annual Reports

**LINKS & LEGISLATION**
- KBBE B2B Annual Reports
- SOSID Number Correction
- 2001 Bill Summaries
- 1999 Senate Bills
- Annual Reports 1997
- Corporations 1997
- Register for E-Procurement
- Dept. of Revenue

**ONLINE ORDERS**
- Start An Order
- New Payment Procedures

**CONTACT US**
- Corporations Division
- Secretary of State's web site

**TOOLS**
- Secretary of State Home
- Secretary of State Site Map
- Printable Page

Date: 5/3/2007

Click here to:

View Document Filings |
Print apre-populated Annual Report Form | Annual Report Count | File an Annual Report |

### Corporation Names

| Name | Name Type |
|---|---|
| NC RAUCH CORPORATION | Legal |

### Business Corporation Information

| | |
|---|---|
| SOSID: | 0382403 |
| Status: | Current-Active |
| Date Formed: | 11/20/1995 |
| Citizenship: | Domestic |
| State of Inc.: | NC |
| Duration: | Perpetual |

### Registered Agent

| | |
|---|---|
| Agent Name: | Goff, Jr., William H. |
| Registered Office Address: | 3769 Mill Run Road Terrell NC 28682 |
| Registered Mailing Address: | 3769 Mill Run Road Terrell NC 28682 |
| Principal Office Address: | 3769 Mill Run Rd Terrell NC 28682 |
| Principal Mailing Address: | 3769 Mill Run Rd Terrell NC 28682 |

### Stock

| Class | Shares | No Par Value | Par Value |
|---|---|---|---|
| COMMON | 1000 | Yes | N/A |

http://www.secretary.state.nc.us/corporations/Corp.aspx?Pitemid=4772461

North Carolina Department of State Corporate Database Printout: 3 May 2007

## Exhibit 2



A web-based rendition of Plaintiff's original artwork for the purposes of Pleading only. The original artwork will be substituted.

# Exhibit 3



http://reasonstobelieve.com/Merchant2/merchant.mv?Screen=PROD&Product_Code=kfef&Category_Code=PIC

A web-based rendition of Plaintiff's original artwork for the purposes of Pleading only. The original artwork will be substituted.