# Exhibit 4a

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-412-320

EFFECTIVE DATE OF REGISTRATION: 03 14 07 (Month Day Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work: Flight of St. Nicholas

Nature of This Work: Color Drawing/Print

Previous or Alternative Titles:

Publication as a Contribution. If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work: Collected Works of Kevin D. Fisher: Volume 1 (Published 2007)

If published in a periodical or serial give: Volume / Number / Issue Date / On Pages

**2 a** Name of Author: Kevin D. Fisher

Dates of Birth and Death: Year Born: 1963 Year Died:

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

Author's Nationality or Domicile: Name of Country: OR Citizen of USA; Domiciled in USA

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship: Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

NOTE: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** Name of Author:

Dates of Birth and Death: Year Born: Year Died:

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile: Name of Country: OR Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship: Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed: 1998 Year. This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month: October Day: 31 Year: 1998 Nation: USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.
Kevin D. Fisher, 292 Division St., Amsterdam, NY 12010

Transfer: If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED: MAR 14 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED: MAR 14 2007 D
FUNDS RECEIVED

MORE ON BACK ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE. Page 1 of 2 pages

Copyright Registration Certificate: *Flight of Saint Nicholas*, Pg. 1

Case 7:07-cv-09239-SCR-GAY Document 1-3 Filed 10/16/2007 Page 2 of 4

# Exhibit 4a (cont'd)

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nancy Baum Delain, Esq./Delain Law Office, PLLC/PO Box 293/Burnt Hills/NY/12027

Area code and daytime telephone number ( 518 ) 371-4599 Fax number ( 845 ) 818-3683

Email ndelain@iplawfirm.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Kevin D. Fisher
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Baum Delain Date 2/26/2007

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
DELAIN LAW OFFICE PLLC
Number/Street/Apt ▼
PO BOX 293
City/State/ZIP ▼
BURNT HILLS NY 12027

Copyright Registration Certificate: *Flight of Saint Nicholas*, Pg. 2

**Exhibit 4b**

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

Form VA

For a Work of the Visual Arts

VA 1-412-319

EFFECTIVE DATE OF REGISTRATION

03 14 07

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼

Emerald Frost

NATURE OF THIS WORK ▼ See instructions

Color Drawing/Print

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Collected Works of Kevin D. Fisher Volume 1 (Published 2007)

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a** NAME OF AUTHOR ▼

Kevin D. Fisher

DATES OF BIRTH AND DEATH — Year Born ▼ 1963 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile — Name of Country: OR Citizen of USA; Domiciled in USA

Was This Author's Contribution to the Work — Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing

☒ 2-Dimensional artwork ☐ Photograph ☐ Text

☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile — Name of Country: OR Citizen of ___ Domiciled in ___

Was This Author's Contribution to the Work — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing

☐ 2-Dimensional artwork ☐ Photograph ☐ Text

☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed: 2000 — This information must be given in all cases. Year

**b** Date and Nation of First Publication of This Particular Work — Complete this information ONLY if this work has been published. Month October Day 31 Year 2000, USA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Kevin D. Fisher, 292 Division St., Amsterdam, NY 12010

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED: MAR 14 2007

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED: MAR 14 2007

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

Copyright Registration Certificate: *Emerald Frost*, Pg. 1

**Exhibit 4b (cont'd)**

EXAMINED BY
CHECKED BY
CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
See instructions before completing this space.
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼ Account Number ▼
b CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Nancy Baum Delain, Esq./Delain Law Office, PLLC/PO Box 295/Burnt Hills/NY/12027
Area code and daytime telephone number (518) 371-4599 Fax number (845) 818-3683
Email ndelain@ipattorneyfirm.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Kevin D. Fisher
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nancy Baum Delain Date 2/26/2007
Handwritten signature (X) ▼
X [signature]

**9** Certificate will be mailed in window envelope to this address:
Name ▼ DELAIN LAW OFFICE PLLC
Number/Street/Apt ▼ PO BOX 295
City/State/ZIP ▼ BURNT HILLS NY 12027

[illegible]

Copyright Registration Certificate: *Emerald Frosts*, Pg. 2