**Exhibit 5**



Defendants' Web-based catalog photograph of Defendant's accused work

**Exhibit 6**



Defendants' Web-based catalog photograph of Defendant's accused work