# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

KEVIN D. FISHER
    Plaintiff,

v

CHRISTOPHER RADKO, an natural person
RAUCH CORPORATION, a North Carolina
Corporation;
    Defendants.

**APPEARANCE**

Case Number: 07 Civ. 9239 (SCR)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    defendant Rauch Industries, Inc. s/h/a Rauch Corporation.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/13/2007 | /s/ Harvey B. Silikovitz |
| Date | Signature |
| | Harvey B. Silikovitz    HS 5904 |
| | Print Name    Bar Number |
| | Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor |
| | Address |
| | New York    New York    10017 |
| | City    State    Zip Code |
| | (212) 957-7600    (212) 957-4514 |
| | Phone Number    Fax Number |

Email address: hsilikovitz@cohengresser.com