AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

KEVIN D. FISHER
    Plaintiff,

v

CHRISTOPHER RADKO, an natural person
RAUCH CORPORATION, a North Carolina
Corporation;
    Defendants.

APPEARANCE

Case Number: 07 Civ. 9239 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Rauch Industries, Inc. s/h/a Rauch Corporation.

I certify that I am admitted to practice in this court.

| 12/13/2007 | *Karen H. Bromberg* (signature) |
|---|---|
| Date | Signature |

| Karen H. Bromberg | KB 2153 |
|---|---|
| Print Name | Bar Number |

Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor
Address

| New York | New York | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 957-7600 | (212) 957-4514 |
|---|---|
| Phone Number | Fax Number |

Email address: kbromberg@cohengresser.com