# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

KEVIN D. FISHER
    Plaintiff,

v

CHRISTOPHER RADKO, an natural person
RAUCH CORPORATION, a North Carolina Corporation;
    Defendants.

APPEARANCE

Case Number: 07 Civ. 9239 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Rauch Industries, Inc. s/h/a Rauch Corporation.

I certify that I am admitted to practice in this court.

12/13/2007
Date

Signature

Damir Cefo      DC 1507
Print Name      Bar Number

Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor
Address

New York    New York    10017
City    State    Zip Code

(212) 957-7600    (212) 957-4514
Phone Number    Fax Number

Email address: dcefo@cohengresser.com