UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. FISHER,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER RADKO, an individual<br><br>RAUCH CORPORATION, a North Carolina Corporation;<br><br>    Defendants | 07 Civ. 9239 (SCR)<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT RAUCH INDUSTRIES, INC. S/H/A RAUCH CORPORATION, TO RESPOND TO THE COMPLAINT** |

It is hereby stipulated and agreed, by and between the undersigned counsel, that the time for defendant Rauch Industries Inc. s/h/a Rauch Corporation to answer, move against, or otherwise respond to the complaint is extended from December 17, 2007 until January 16, 2008.

Dated:   December 17, 2007

DELAIN & LIEBERT, PLLC

By: /s/ Nancy B. Delain /DC
Nancy Baum Delain (ND 9920)
400 Clifton Corporate Parkway, Suite 470
Clifton Park, New York 12065
Telephone: (518) 371-4599
Facsimile: (518) 874-5086
nbdelain@ipattorneyfirm.com

*Attorneys for Plaintiff Kevin D. Fisher*

COHEN & GRESSER LLP

By: /s/ 
Karen H. Bromberg (KB 2153)
Alexandra Wald (AW 0225)
Damir Cefo (DC 1507)
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 757-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
awald@cohengresser.com
dcefo@cohengresser.com

*Attorneys for Defendant Rauch Industries Inc. s/h/a Rauch Corporation*

So Ordered: /s/ Stephen C. Robinson        Dated: 12/18/07
Hon. Stephen C. Robinson
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: