# WIMER & JOBE

*An Interstate Law Firm*
349 Haywood Road
Asheville, NC 28806

Telephone  
(828) 350-9799

Facsimile  
(828) 350-9894

January 4, 2008

**VIA TELECOPY**
Nancy Baum Delain, Esq.
Delain & Liebert, PLLC
400 Clifton Corporate Parkway
Suite 470
Clifton Park, NC 12065

Re: Fisher v. Radko and Rauch
No. 07-CV-9239; Southern District of New York, White Plains Division

Dear Nancy:

This letter will memorialize our stipulation that Christopher Radko has until February 7, 2008 to answer or otherwise respond to the original complaint. As I mentioned, I am attempting to obtain counsel to represent Mr. Radko in this case.

I would appreciate your counter-signing and filing this stipulation with the Court. I deeply appreciate your professional courtesy.

Sincerely,

Michael G. Wimer

AGREED:

_____
Nancy Baum Delain, Esq.
For Plaintiff