UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN D. FISHER )
 )
    Plaintiff, )
 ) 07 Civ. 9239 (SCR)
vs. )
 ) **STIPULATION AND ORDER**
 ) **EXTENDING THE TIME FOR**
CHRISTOPHER RADKO, an individual ) **DEFENDANT RAUCH INDUSTRIES,**
 ) **INC. S/H/A RAUCH**
RAUCH CORPORATION, a North Carolina ) **CORPORATION, TO RESPOND TO**
Corporation; ) **THE COMPLAINT**
 )
    Defendants )
 )

    It is hereby stipulated and agreed, by and between the undersigned counsel, that the time for defendant Rauch Industries Inc. s/h/a Rauch Corporation to answer, move against, or otherwise respond to the complaint is extended from January 16, 2008 until February 18, 2008.

Dated:   January 16, 2008

DELAIN & LIEBERT, PLLC                       COHEN & GRESSER LLP

By: *Nancy B. Delain /DC*                     By: _____
    Nancy Baum Delain (ND 9920)               Karen H. Bromberg (KB 2153)
400 Clifton Corporate Parkway, Suite 470       Alexandra Wald (AW 0225)
Clifton Park, New York 12065                   Damir Cefo (DC 1507)
Telephone: (518) 371-4599                       100 Park Avenue, 23rd Floor
Facsimile: (518) 874-5086                       New York, New York 10017
nbdelain@ipattorneyfirm.com                 Telephone: (212) 757-7600
                                                             Facsimile: (212) 957-4514
*Attorneys for Plaintiff Kevin D. Fisher*           kbromberg@cohengresser.com
                                                             awald@cohengresser.com
                                                             dcefo@cohengresser.com

                                                             *Attorneys for Defendant Rauch Industries,*
                                                             *Inc. s/h/a Rauch Corporation*

        *Stephen C. Robinson*
So Ordered: _____        Dated: *1/18/08*
             Hon. Steven C. Robinson
             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

{1039-010/00024310.DOCv}