UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| KEVIN D. FISCHER | ECF case |
| | (electronically filed) |
| Plaintiff, | |
| v. | 07 Civ. 9239 (SCR) |
| CHRISTOPHER RADKO, a natural person, | **RULE 7.1 STATEMENT** |
| RAUCH CORPORATION, a North Carolina Corporation, | |
| Defendants | |

----------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Rauch Industries, Inc. ("Rauch"), incorrectly s/h/a Rauch Corporation (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: February 19, 2008

COHEN & GRESSER LLP

By: _____
Karen H. Bromberg (KB 2153)
Alexandra Wald (AW 0225)
Damir Cefo (DC 1507)
100 Park Avenue, 23rd Floor
New York, New York 10017
(212) 957-7600
kbromberg@cohengresser.com
awald@cohengresser.com
dcefo@cohengresser.com

*Attorneys for the Defendants Rauch Industries, Inc s/h/a Rauch Corporation*

{1039-012/00026083.DOCv}