UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fee paid
$25
E634052

| | |
|---|---|
| KEVIN D. FISHER, a natural person | ) |
| Plaintiff, | ) Civil Action No: 07-CV-9239 (SCR) |
| v. | ) MOTION TO ADMIT COUNSEL |
| | ) PRO HAC VICE |
| CHRISTOPHER RADKO, a natural person, | ) |
| RAUCH CORPORATION,<br>a North Carolina Corporation, | ) |
| Defendants. | ) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Judith H. Weil, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Matthew S. Nelles

Firm Name: Ruden McClosky

Address: 200 E. Broward Blvd. Suite 1500 P.O. Box 1900

City/State/Zip: Ft. Lauerdale, FL 33302

Telephone: (954) 527-2492

Fax: (954) 333-4092

Matthew S. Nelles is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceedings against Matthew S. Nelles in any State or Federal court.

Dated: February 18, 2008
New York, New York

Respectfully submitted,

Judith H. Weil (jw-7555)
Epstein & Weil
225 Broadway, Suite 1203
New York, NY 10007
Phone: 212 732 4888
Fax: 212 732 6703

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. FISHER, a natural person ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHRISTOPHER RADKO, a natural person, ) <br> ) <br> RAUCH CORPORATION, ) <br> a North Carolina Corporation, ) <br> ) <br> Defendants. ) | Civil Action No: 07-CV-9239 (SCR) <br><br> **DECLARATION IN SUPPORT OF PETITION FOR ADMISSION *PRO HAC VICE*** |

JUDITH H. WEIL, hereby declares:

1. I am a partner at the firm of Epstein & Weil, attorneys for the defendant Christopher Radko.

2. I was admitted to the bar of this Court on January 25, 1983.

3. I make this affirmation in support of the application of Matthew S. Nelles for *pro hac vice* admission to this Court in connection with the above-captioned matter. I have known Mr. Nelles since 2008 and know him to be a skilled attorney experienced in Federal practice and familiar with the Federal Rules of Civil Procedure.

4. Mr. Nelles is a partner at the firm of Ruden McClosky, 200 East Broward Boulevard Suite 1500, Fort Lauderdale, FL 33301.

5. I attach as Exhibit A, a certified copy of certificate attesting to Mr. Nelles good standing as a member of the Florida bar.

6. I declare under penalties of perjury under the laws of the United States of America and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

7.  I attach as Exhibit B a proposed order granting this motion

WHEREFORE, I respectfully request that this Court grant this petition and admit Matthew S. Nelles to the bar of this Court, *pro hac vice*.

Dated: February 18, 2008
New York, New York

_____
Judith H. Weil

# EXHIBIT A

# Supreme Court of Florida
## Certificate of Good Standing

I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

## MATTHEW SCOTT NELLES

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **September 23, 1994**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this February 7, 2008.

*Clerk of the Supreme Court of Florida*