UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| KEVIN D. FISHER, | CIVIL ACTION NO.: 7:07-CV-09239-SCR |
| *Plaintiff,* | |
| vs. | **STIPULATION AND ORDER EXTENSION OF TIME FOR ALL PARTIES TO FILE INTERROGATORIES** |
| CHRISTOPHER RADKO | |
| and | |
| RAUCH INDUSTRIES, INC., | |
| *Defendants,* | |

_____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for all parties to file interrogatories is extended from February 29, 2008 until March 14, 2008.

Dated:     28 February 2008

**DELAIN & LIEBERT, PLLC**

By: Nancy Baum Delain (ND9920)
Attorneys for PLAINTIFF
400 Clifton Corp. Pky Ste. 470
Clifton Park, NY 12065
518-371-4599 voice
518-874-5086 fax
nbdelain@ipattorneyfirm.com

**COHEN & GRESSER, LLP**

_____ /NBD
By: Karen H. Bromberg (KB2153)
Alexandra Wald (AW0225)
Damir Cefo (DC1507)
Attorneys for Defendant RAUCH
100 Park Ave, 23rd Floor
New York, NY 10017
212-757-7600 voice
212-957-4514 fax
kbromberg@cohengresser.com
awald@cohengresser.com
dcefo@cohengresser.com

**EPSTEIN & WEIL**

_____ /NBD
By: Judith H. Weil (JW7555)
Attorneys for Defendant RADKO
225 Broadway, Suite 1203
New York, NY 10007
212-732-4888 phone
212-732-6703 fax

DATED: _____

SO ORDERED.

_____
HON. STEPHEN C. ROBINSON
USDJ