UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. FISHER, <br><br>*Plaintiff,*<br><br> vs. <br><br> CHRISTOPHER RADKO <br><br> and <br><br> RAUCH INDUSTRIES, INC., <br><br>*Defendants,* | CIVIL ACTION NO.: 7:07-CV-09239-SCR <br><br> **STIPULATION AND ORDER EXTENSION OF TIME FOR ALL PARTIES TO FILE INTERROGATORIES** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for all parties to file interrogatories is extended from February 29, 2008 until March 14, 2008.

Dated:    28 February 2008

**DELAIN & LIEBERT, PLLC**

*[signature]*

By: Nancy Baum Delain (ND9920)
Attorneys for PLAINTIFF
400 Clifton Corp. Pky Ste. 470
Clifton Park, NY 12065
518-371-4599 voice
518-874-5086 fax
nbdelain@ipattorneyfirm.com

DATED: Feb 28, 2008

SO ORDERED.

*[signature]*

HON. STEPHEN C. ROBINSON
USDJ

**COHEN & GRESSER, LLP**

*[signature]* /NBD

By: Karen H. Bromberg (KB2153)
Alexandra Wald (AW0225)
Damir Cefo (DC1507)
Attorneys for Defendant RAUCH
100 Park Ave, 23rd Floor
New York, NY 10017
212-757-7600 voice
212-957-4514 fax
kbromberg@cohengresser.com
awald@cohengresser.com
dcefo@cohengresser.com

**EPSTEIN & WEIL**

*[signature]* /NBD

By: Judith H. Weil (JW7555)
Attorneys for Defendant RADKO
225 Broadway, Suite 1203
New York, NY 10007
212-732-4888 phone
212-732-6703 fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____