*LML*

*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. FISHER, a natural person )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER RADKO, a natural person, )<br>)<br>RAUCH CORPORATION, )<br>a North Carolina Corporation, )<br>)<br>Defendants. )<br>) | Civil Action No: 07-CV-9239 (SCR)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

$25.00

Pd fee receipt E 634052

Upon the motion of Judith H. Weil, attorney for defendant Christopher Radko, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Matthew S. Nelles

    Firm Name: Ruden McClosky

    Address: 200 E. Broward Blvd. Suite 1500 P.O. Box 1900

    City/State/Zip: Ft. Lauerdale, FL 33302

    Telephone/Fax: **(954) 527-2492/(954) 333-4092**

    Email Address: Matt.Nelles@ruden.com

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: ]

is admitted to practice pro hac vice as counsel for Christopher Radko in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED

Dated: February 29, 2008
White Plains, New York

_____
United States District/Magistrate Judge