*Robinson, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
                                        :
KEVIN D. FISHER,                        :
                                        :
                    Plaintiff,          :
                                        :    CIVIL ACTION NO: 7:07-CV-09239-SCR
          - against -                   :
                                        :
CHRISTOPHER RADKO                       :    **STIPULATION AND ORDER**
                                        :    **FOR EXTENSION OF TIME**
          and                           :    **FOR DEFENDANT RAUCH**
                                        :    **TO FILE**
RAUCH INDUSTRIES, INC.,                 :    **INTERROGATORIES AND**
                                        :    **DOCUMENT REQUESTS**
                    Defendants.         :
———————————————————— x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the time for Defendant Rauch to file Interrogatories and Document Requests is extended from March 20, 2008 until April 3, 2008.

Dated:  New York, New York
        March 20, 2008

**DELAIN & LIEBERT, PLLC**                    **COHEN & GRESSER LLP**

By:  *Nancy Baum Delain /DC*          By:  _____
     Nancy Baum Delain (ND 9920)           Karen B. Bromberg (KB 2153)
     Attorneys for Plaintiff               Alexandra Wald (AW 0225)
     400 Clilfton Corp. Pky Ste. 470       Damir Cefo (DC 1507)
     Clifton Park, NY 12065                Attorneys for Defendant RAUCH
     Telephone:  (518) 371-4599            100 Park Avenue, 23rd Floor
     Fax: (518) 874-5086                   New York, New York 10017
     Nbdelain@ipattorneyfirm.com           Telephone:  (212) 957-7600
                                           Fax: (2120 957-4514
                                           kbromberg@cohengresser.com
                                           awald@cohengresser.com
                                           dcefo@cohengresser.com

IT IS SO ORDERED:

_____
HON. STEPHEN C. ROBINSON
U . S . D . J .                       Dated:  *March 25, 2008*

{1039-012/00027211.DOCv2}