*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

KEVIN D. FISHER,

        Plaintiff,

- against -

CIVIL ACTION NO: 7:07-CV-09239-SCR

CHRISTOPHER RADKO

and

RAUCH INDUSTRIES, INC.,

        Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT RAUCH INDUSTRIES, INC. TO SERVE INTERROGATORIES AND DOCUMENT REQUESTS**

-----------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the time for Defendant Rauch Industries, Inc. to serve Interrogatories and Document Requests is extended from April 3, 2008 until May 5, 2008.

Dated: New York, New York
      April 3, 2008

**DELAIN & LIEBERT, PLLC**

By: _____
Nancy Baum Delain (ND 9920)
Attorneys for Plaintiff
400 Clilfton Corp. Pky Ste. 470
Clifton Park, NY 12065
Telephone: (518) 371-4599
Fax: (518) 874-5086
Nbdelain@ipattorneyfirm.com

**COHEN & GRESSER LLP**

By: _____
Karen H. Bromberg (KB 2153)
Alexandra Wald (AW 0225)
Damir Cefo (DC 1507)
Attorneys for Defendant RAUCH
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Fax: (2120 957-4514
kbromberg@cohengresser.com
awald@cohengresser.com
dcefo@cohengresser.com

**IT IS SO ORDERED:**

_____
HON. STEPHEN C. ROBINSON
U.S.D.J.

✓ Dated: 4/23/05

{1039-012/00028058.DOCv}