UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KEVIN D. FISHER,

                Plaintiff,

   - against -

CHRISTOPHER RADKO

   and

RAUCH INDUSTRIES, INC.,

                Defendants.

------------------------------------x

CIVIL ACTION NO: 7:07-CV-09239-SCR

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT RAUCH INDUSTRIES, INC. TO SERVE RESPONSES TO PLAINTIFF'S INTERROGATORIES AND DOCUMENT REQUESTS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for Defendant Rauch Industries, Inc. to serve Responses to Plaintiff's Interrogatories and Document Requests is extended from April 14, 2008 until May 13, 2008.

Dated: New York, New York
       April 3, 2008

**DELAIN & LIEBERT, PLLC**

By: *(signature)* Nancy Baum Delain / DL
Nancy Baum Delain (ND 9920)
Attorneys for Plaintiff
400 Clifton Corp. Pky Ste. 470
Clifton Park, NY 12065
Telephone: (518) 371-4599
Fax: (518) 874-5086
Nbdelain@ipattorneyfirm.com

**COHEN & GRESSER LLP**

By: *(signature)*
Karen H. Bromberg (KB 2153)
Alexandra Wald (AW 0225)
Damir Cefo (DC 1507)
Attorneys for Defendant RAUCH
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Fax: (2120 957-4514
kbromberg@cohengresser.com
awald@cohengresser.com
dcefo@cohengresser.com

**IT IS SO ORDERED:**

*(signature)*
HON. STEPHEN C. ROBINSON
U.S.D.J.

Dated: 4/23/08

{1039-012/00028062.DOCv}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: