UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN D. FISHER
   Plaintiff,
vs.

CHRISTOPHER RADKO, a natural person,

RAUCH CORPORATION, ~~a North Carolina~~
Corporation,
   Defendants

07 Civ. 9239 (SCR) (GAY)

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT RAUCH INDUSTRIES, INC. S/H/A RAUCH CORPORATION TO SERVE RESPONSES TO INTERROGATORIES AND DOCUMENT REQUESTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Rauch Industries, Inc. to serve Responses to Plaintiff's Interrogatories and Document Requests is extended from May 13, 2008 until May 31, 2008.

Dated: May 12, 2008

DELAIN & LIEBERT, PLLC

By: _/s/ Nancy Baum Delain /NBS_
Nancy Baum Delain
400 Clifton Corporate Parkway, Suite 470
Clifton Park, New York 12065
Telephone: (518) 371-4599
Facsimile: (518) 874-5086
nbdelain@ipattorneyfirm.com

*Attorneys for Plaintiff Kevin D. Fisher*

COHEN & GRESSER LLP

By: _/s/ Karen H. Bromberg_
Karen H. Bromberg
Damir Cefo
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 757-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
dcefo@cohengresser.com

*Attorneys for Defendant Rauch Industries, Inc. s/h/a Rauch Corporation*

So Ordered: _[signature]_ Dated: May ____, 2008
Hon. ~~Stephen C. Robinson~~ George A. Yanthis
United States ~~District~~ Judge
*May strike*

{1039-012/00029640.DOCv}