UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Kevin D. Fisher

                Plaintiff,              7:07 CIVIL 9239 (SCR)

-against-

Christopher Radko and Rauch Industries, Inc.

                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Nancy Baum Delain__

■ *Attorney*

    ■ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __ND9920__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

■ *Law Firm/Government Agency Association*

    From: __Delain & Liebert, PLLC__

    To: __Delain Law Office, PLLC__

    ■ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

■ *Address:* __107 N. College St., Schenectady, NY 12305__

☐ *Telephone Number:* __unchanged (518-371-4599)__

☐ *Fax Number:* __unchanged (518-874-5086)__

☐ *E-Mail Address:* __unchanged (nbdelain@ipattorneyfirm.com)__

Dated: __05 July 2008__        */s/ Nancy Baum Delain*