UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Kevin D. Fisher,

        *Plaintiff*,                    7:07-CV-09239 (SCR)(GAY)

                                                    AFFIDAVIT OF SERVICE
   -v.-                                       OF MOTION TO REOPEN CASE

Christopher Radko and Rauch Corp.

        *Defendants*.

-----------------------------------------------------------X

Service of Plaintiff's motion to reopen this matter was served via electronic filing service and by facsimile made on July 5, 2008, and first-class mail deposited on or before July 7, 2008 on the following parties:

RAUCH CORPORATION (via electronic filing only)
    through their attorneys Cohen Gresser, 100 Park Ave., New York, NY 10017
        Karen H. Bromberg, Esq.
        Damir Cefo, Esq.
        Harvey Silikovitz, Esq.

CHRISTOPHER RADKO
    through his attorneys Ruden McClosky, 200 E. Broward Blvd, Ste 1500, Ft. Lauderdale, FL 33301
        Matthew Nelles, Esq., of record (*pro hac vice*)
    Epstein & Weil, 225 Broadway Suite 1203, New York, NY 10007
        Judith H. Weil, Esq., Local Counsel

                                                Respectfully submitted,
                                                DELAIN LAW OFFICE, PLLC

                                                */s/ Nancy Baum Delain*

                                                By: Nancy Baum Delain, Esq.
                                                Attorney for PLAINTIFF
                                                107 N. College St.
                                                Schenectady, NY 12305
                                                Ph: 518-371-4599
                                                Fax: 518-874-5086
                                                Email: nbdelain@ipattorneyfirm.com