UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN D. FISHER, a natural person,

               Plaintiff,

v.                                  INDEX NO. 07-civ-9239 (SCR)

CHRISTOPHER RADKO, a natural person,

RAUCH CORPORATION
        a North Carolina Corporation,

               Defendants.

## STIPULATION AND FINAL ORDER OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is

STIPULATED AND AGREED by and between Plaintiff, Kevin D. Fisher, and Defendant, Christopher Radko, that the Complaint and each and every cause of action shall be dismissed with prejudice, each party to bear his own attorneys' fees and costs. The Parties request that the Court retain jurisdiction to enforce the Parties' Confidential Settlement Agreement.

Dated: August _14_, 2008.

Respectfully submitted,

| | |
|---|---|
| RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.<br>Attorneys for Radko<br>200 East Broward Boulevard, Suite 1500<br>Post Office Box 1900<br>Fort Lauderdale, Florida 33302<br>Phone: (954) 527-2492<br>Fax: (954) 333-4092<br>Matt.Nelles@Ruden.com<br>By: _/s/ Matthew S. Nelles_<br>    Matthew S. Nelles<br>    Florida Bar No. 009245 | DELAIN LAW OFFICE, PLLC<br>Attorneys for Fisher<br>107 North College Street, First Fl.<br>Schenectady, NY 12305<br>Phone: (518) 371-4599<br>Fax: (518) 874-5086<br>nbdelain@ipattorneyfirm.com<br><br>By: _/s/ Nancy Baum Delain_<br>    Nancy Baum Delain<br>    NY Bar No. ND9920 |

SO ORDERED.

ENTER: _____

_____
Hon. Stephen C. Robinson, U.S.D.J.
Hon. George A. Yanthis, Magistrate